■ In the Matter of AURORA R. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TIMOTHY R., Appellant. [823 NYS2d 737]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered May 23, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated the parental rights of respondent and transferred custody and guardianship of the children to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.

■ In the Matter of TEVIN S., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOANN L., Appellant. [823 NYS2d 736]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered May 6, 2005 in a proceeding pursuant to Family Court Act article 10. The order adjudged that the child is a neglected child and placed the child in the custody of petitioner for a period of 12 months.

It is hereby ordered that said appeal insofar as it concerns disposition be and the same hereby is unanimously dismissed as moot (*see Matter of Justice T.*, 305 AD2d 1076 [2003], *lv denied* 100 NY2d 512 [2003]) and the order is affirmed without costs. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.